

*U.S. DISTRICT COURT FILED MAY 07 2019 S.D. OF N.Y.*

← DOC# 122

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 17CR00460(SHS) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 6:19CR6069 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT |  |
|---|---|---|
| Thomas Carrano | SOUTHERN DISTRICT OF NEW YORK | |
| 751 Whitney Road | NAME OF SENTENCING JUDGE | |
| Ontario, NY 14519 | Sidney H. Stein, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM: January 15, 2020 | TO: ? |

**OFFENSE**

CONSPIRACY TO DEFRAUD THE UNITED STATES

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/25/19
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/1/19
*Effective Date*

*United States District Judge*

CERTIFIED AS A TRUE COPY ON

THIS DATE 5/7/2019

BY _____
( ) Clerk
(x) Deputy